IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CARLOS ALBERTO MORENO-ROJAS,

      Appellant,

 v.
                          Case No.  5D21-2894
                          LT Case No. 2015-CF-013375-A-O

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed November 29, 2022

3.850 Appeal from the Circuit Court
for Orange County,
Elaine A. Barbour, Judge.

Carlos Alberto Moreno-Rojas,
Crawfordville, pro se

Ashley Moody, Attorney General,
Tallahassee, and Allison Leigh Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

    AFFIRMED.


TRAVER, NARDELLA and WOZNIAK, JJ., concur.